IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLI EPPS as parent and natural guardian of L.B.E., a minor,<br><br>Plaintiff,<br><br>v.<br><br>GEICO SECURE INSURANCE CO.,<br><br>Defendant. | CIVIL ACTION<br>NO. 23-1337 |

## ORDER

**AND NOW**, this 14th day of September, 2023, upon consideration of Kelli Epps, as parent and natural guardian of L.B.E., a minor's Motion for Approval and Distribution of Minor's Compromise, (ECF 19), it is hereby **ORDERED** that Epps is authorized to enter into a settlement with Geico in the amount of Fifty Thousand dollars ($50,000.00). Geico shall forward all settlement drafts or checks to Epps's counsel for proper distribution.

**IT IS FURTHER ORDERED** that the settlement proceeds of $50,000.00 be distributed as follows:

1. To: Simon & Simon, P.C. (litigation costs)        $1,817.32
2. To: Simon & Simon, P.C. (attorneys' fees)         $12,045.67
3. To: Philadelphia Fire Department EMS              $960.00
4. To: L.B.E., a minor                               $35,177.01

The $35,177.01 payable to L.B.E. shall be distributed as follows: Counsel may execute all documentation necessary to purchase saving certificate(s), from a federally insured bank or savings institution having an office in Philadelphia County, in the sum of $35,177.01, each not to exceed the insured amount, with funds payable to L.B.E. upon majority.  The certificate shall be titled and restricted as follows: L.B.E., a minor, not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or, otherwise alienated before the minor attains majority, except upon prior order of the court.

Alternatively, counsel may open a savings account in the sum of $35,177.01 in the name of the minor.  The savings account shall be titled and restricted as follows: L.B.E., a minor, not to be withdrawn before the minor attains majority, except for the payment of city, state, and federal income taxes on the interest earned by the savings certificate and savings account, or upon prior order of court.  If no withdrawals are made from the investments authorized by this Order, the depository may pay over the balance on deposit when the minor attains majority, upon the order of the late minor, without further order of this Court.

Within sixty days from the date of this Order, counsel shall file with the Court an affidavit bearing the caption of this case certifying compliance with this Order, including proof of the establishment of the required account on behalf of L.B.E.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.